674 A.2d 168

IN THE MATTER OF HARRIS J. RAKOV,
AN ATTORNEY AT LAW.

April 22, 1996.

## ORDER

**HARRIS J. RAKOV** of **MAHWAH**, who was admitted to the bar of this State in 1969, having been convicted of five counts of income tax evasion in violation of 26 *U.S.C.A.* 7201, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **HARRIS J. RAKOV** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him,

effective immediately and until the further order of this Court; and it is further

ORDERED that **HARRIS J. RAKOV** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **HARRIS J. RAKOV** comply with *Rule* 1:20–20 dealing with suspended attorneys.